ORIGINAL

1  Barry R. Schlom, Of Counsel, State Bar No. 78052
   TURNER & WEISS, A Professional Corporation
2  16000 Ventura Blvd., Suite 1111
   Encino, CA 91436-2730
3  (818) 986-0893

4  Attorneys for Defendants SpeeDee Oil Change
   Systems, Inc., and SpeeDee Express, Inc.

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11 WILLIAM COVELL, et al.,              )   CASE NO. 02-8243 MMM (RCx)
                                        )
12              Plaintiffs,             )   STIPULATION FOR CONTINUANCE
                                        )   OF HEARING ON  MOTION BY
13                                      )   DEFENDANTS SPEEDEE OIL
                                        )   CHANGE SYSTEMS, INC. AND
14 SPEEDEE OIL CHANGE SYSTEMS, INC.,    )   SPEEDEE EXPRESS, INC. FOR
   etc., et al.                         )   ATTORNEY'S FEES; ORDER
15                                      )   THEREON
                Defendants.             )
16 _____)   Hearing date: April 26, 2004
                                            Time:         10:00 AM
17                                          Courtroom:    790
                                            The Honorable Margaret M. Morrow
18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                    1
                          STIPULATION; ORDER

1      It is hereby stipulated by and between defendants SpeeDee Oil Change Systems, Inc. and

2  SpeeDee Express, Inc., and plaintiffs William & Barbara Covell, David & Cecilia Taylor, Jabra

3  Kidess, Joseph Sharp and David Pickard, by and through their respective counsel of record,

4  that the hearing on defendants' motion for attorneys fees shall be continued from March 22,

5  2004 to April 26, 2004.

6

7      Dated: March 17, 2004

8                              LERNER & WEISS
                              A Professional Corporation

9

10                              By: _____

11                              Barry R. Schlom
                            Attorney for Defendants

12      Dated: March 17, 2004

13                              LAW OFFICES OF GEORDAN GOEBEL

14                              By: _____

15                              Geordan Goebel
                            Attorney for Plaintiffs

16

17                      ORDER

18      The foregoing stipulation having been received, and good cause appearing therefor,

19      IT IS ORDERED that the hearing on defendants' motion for attorneys fees shall be

20  continued from March 22, 2004 to April 26, 2004 at 10:00 a.m.

21

22  Dated: March 25, 2004

23

24                             Margaret M. Morrow
                    JUDGE OF THE UNITED STATES
                    DISTRICT COURT

25

26

27

28

STIPULATION; ORDER

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the county of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is 2400 Yucca Dr., #A, Camarillo, California 93012-8250.

On March 18, 2004, I served the foregoing documents described as **Stipulation for Continuance of Hearing on Motion by Defendants SpeeDee Oil Change Systems, Inc., et al. for attorney fees, etc.** on all parties by placing ☐ the original ☒ a true copy of the foregoing document(s) enclosed in a sealed envelope addressed as follows:

Lerner & Weiss                          *Telephone:*    *(818) 986-0893*
Barry Schlom, Of Counsel                *Fax:*          *(818) 385-3576*
16000 Ventura Blvd., #1111
Encino, CA 91436-2730                   *Attorneys for Speedee Oil Change Systems, Inc.*

☐ (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Camarillo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

☐ (BY FAX TRANSMITTAL) I caused the Notice of Hearing Letter to be faxed to the addressee(s). The facsimile machine I used complied with California Rules of Court, rules 2003 and 2004 and no error was reported by the machine. Pursuant to California Rule of Court, rule 2006 (d), I caused the machine to print a record of the transmission, a copy of which is attached hereto.

☒ (BY HAND DELIVERY) I caused such documents to be delivered by hand to the addressee(s).

☐ (BY CERTIFIED or REGISTERED MAIL) I caused such documents to be delivered by certified of registered mail with return receipt requested to the addressee(s).

☐ (BY FEDERAL EXPRESS SERVICE CARRIER) I caused such documents to be deposited in a box or other facility regularly maintained by the express service carrier at Camarillo, California. The envelope was deposited with delivery fees provided for.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 18, 2004, at Camarillo, California.

By: _Deborah Phenix_
Deborah Phenix

---

**PROOF OF SERVICE**